UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
    Plaintiff,

Civil Action No. 14-2693

Against

THE REAL PROPERTY AND PREMISES
LOCATED AT 2840 SOUTH OCEAN
BOULEVARD, APARTMENT 209 AND
PARKING SPACE NO. 166, PALM BEACH,
FLORIDA
    Defendant.
_____/

## VERIFIED STATEMENT OF CLAIM BY ROYAL SAXON, INC.

The undersigned hereby presents for filing in the above-styled case this Statement of Claim pursuant to and states as follows:

1. Royal Saxon, Inc. is a non for profit cooperative association duly organized under the laws of the State of Florida.

2. Royal Saxon, Inc. is the Lessor of the property located at 2840 South Ocean Boulevard, Apartment 209 and Parking Space No. 166, Palm Beach, Florida 33480.

3. Doris H. Yembe is the Lessee and owner of a Proprietary Lease with Royal Saxon, Inc. for Apartment 209 and Parking Space No. 166, located at 2840 South Ocean Boulevard, Palm Beach, Florida.

4. Pursuant to the Proprietary Lease and the Bylaws for Royal Saxon, Inc,, Royal Saxon, Inc. is entitled to collected maintenance assessments from the owners of the Proprietary Leases, including Doris H. Yembe.

5. Pursuant to Article IX, Section 6 of the Bylaws of Royal Saxon, Inc. the Association has a lien against the cooperative parcel and Proprietary Lease for delinquent maintenance assessments, interest, late fees, attorney's fees and costs.

6. As of the date of this Claim, there is now due and owing assessments in the amount of $880.00 for May 1 and June 1, 2014, a special assessment in the amount of $200.00 due on June 1, 2014 plus late fees in the amount of $50.00 for **a total due in the amount of $1,130.00**. The principal amount bears interest at the rate of 18%. Regular assessments accrue on a monthly basis in the amount of $440.00. The special assessment will also be due on July 1 and August 1, 2014 in the amount of $200.00 each.

Under penalties of perjury, I declare that I have read the foregoing and the facts alleged are true to the best of my knowledge and belief.

Signed on June 2ND, 2014.

ROYAL SAXON, INC., Claimant

By: _____, Vice President

STATE OF FLORIDA            )
COUNTY OF PALM BEACH        )

The foregoing instrument was acknowledged before me this 2 day of June, 2014, by Robt. C. Ellsworth as Vice President, who are Personally Known ✓ or Produced Identification _____. Type of Identification Produced

NOTARY PUBLIC (SEAL)
Sign _____
Print KAREN ROOP
State of Florida
My Commission Expires

KAREN ROOP
MY COMMISSION # FF 110487
EXPIRES: April 7, 2018
Bonded Thru Budget Notary Services

Submitted by:
DICKER, KRIVOK & STOLOFF, P.A.
Attorneys for Claimant, Royal Saxon, Inc.
1818 Australian Avenue South, Suite 400
West Palm Beach, Florida 33409
Phone: 561-615-0123
Fax: 561-615-0128
Email: js@dkslaw.net
Secondary Email: dm@dkslaw.net

By: _____
John R. Sheppard, Jr.
Florida Bar No.: 867152

2