**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T 212-257-6455
F 212-257-6453

February 23, 2015

By ECF

Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *United States v. The Proprietary Lease for and any Other Interest Held by Doris Henriette Yembe in the Real Property and Premises Located at 2840 South Ocean Boulevard, Apt. No. 209 and Parking Space No. 166, Palm Beach, Florida 33840*
           Civil Docket No. 14-2693 (Dearie, J.)

Dear Judge Dearie:

    I am CJA counsel for Doris Yembe in *United States v. Yembe,* 14-M-403, a criminal matter pending before Judge Levy.  I write to request that counsel be appointed to represent Ms. Yembe in the above forfeiture action pending before this Court.  In a letter dated February 20, 2015, the government moved for an interlocutory sale of Ms. Yembe's apartment in Palm Beach, Florida.  Ms. Yembe tells me she objects to the sale but does not have an attorney to file a formal objection letter.  The government does not oppose the appointment of counsel.

    Thank you for your consideration.

                              Very truly yours,

                              /s/

                            Deborah Colson
                            (212) 257-6455

cc:   AUSA Karin Orenstein
       Doris Yembe, MDC

16478.docx