

Urgent conference needed
Alex Kapolchok
to:
ellen_mulqueen@nyed.uscourts.gov, Orenstein, Karin (USANYE)
08/12/2015 03:11 PM
Hide Details
From: Alex Kapolchok <Alex@kapolchoklawservices.com>
To: "ellen_mulqueen@nyed.uscourts.gov" <ellen_mulqueen@nyed.uscourts.gov>,
"Orenstein, Karin (USANYE)" <karin.orenstein@usdoj.gov>,
History: This message has been forwarded.

*CV 14-2693*

Doris Henriette Yembe
2840 S Ocean boulevard unit 209
Palm Beach , Florida, 33480

Dear Honorable Judge Dearie,
As a synopsis of our last conference it was concluded on records that Ornstein requests per "allegations" were dismissed and needed to he refilled by September 2 2015 and that I was to submitt a reply by September 21 in preparation of our scheduled conference in October.

However ,Orenstein has maliciously attempted means of letters and emails, to breach such judgment by forcing the defense to produce documents before set dates and has even accused the defense of being in default for not doing such.

I request a conference to address above violations and concerns on official court records with witness such as yourself for I refused to have my right further vitiated.

As I am a full Time missionary as stated on records.

I will be available on Friday August 21 for an in person appearance at noon.

Sincerely.

Doris Henriette Yembe , Proud follower of Jesus Christ

John 8:32 and you shell know the truth and the truth shell set you free

P.S

Please call on 415-583-6558 to confirm, scheduled hearing.