March 11, 2015

By U.S. Mail

Karin Orenstein
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:    *United States v. The Proprietary Lease for and any Other Interest Held by Doris Henriette Yembe in the Real Property and Premises Located at 2840 South Ocean Boulevard, Apt. No. 209 and Parking Space No. 166, Palm Beach, Florida 33840*
            Claim of Civil Docket No. 14-2693

Dear Ms. Orenstein:

      Pursuant to Rule G(5)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, I, Doris Henriette Yembe, hereby make this formal claim and assert an ownership interest in the following property:

      The Proprietary Lease for and any Other Interest Held by Doris Henreitte Yembe in the Real Property and Premises Located at 2840 South Ocean Boulevard, Apartment no. 209 and Parking Space no. 166, Palm Beach, Florida 33480.

      I declare, pursuant to 28 U.S.C. SS 1746, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  March _13_, 2015
                      Brooklyn, New York

                                            _____
                                            Doris Henriette Yembe

16752