**Orenstein, Karin (USANYE)**

| | |
|---|---|
| **From:** | Alex Kapolchok <Alex@kapolchoklawservices.com> |
| **Sent:** | Tuesday, August 11, 2015 12:02 PM |
| **To:** | Orenstein, Karin (USANYE) |
| **Subject:** | Re: Letter for Ms. Yembe |

Do not try to play games you have until September 2 to refile  and I will reply on September 21 if you want to play this game then we will speak With the judge.

Sent by Outlook for Android


On Mon, Aug 10, 2015 at 6:07 PM -0700, "Orenstein, Karin (USANYE)" <Karin.Orenstein@usdoj.gov> wrote:

A response in opposition to my motion is not the same thing as filing your own motion. For this case to go forward, you must file an answer or file one of the motions permitted by Rule 12. If you have any. questions about how to do so, you can call the court's pro se office.

**From**: Alex Kapolchok [mailto:Alex@kapolchoklawservices.com]
**Sent**: Monday, August 10, 2015 07:46 PM Eastern Standard Time
**To**: Orenstein, Karin (USANYE)
**Subject**: Re: Letter for Ms. Yembe


After review of said document I advise you that an objection letter to interlocutory sale was sent. Via legal mail in March 2015 point by point reply to said allegations therefore I am not in default.

Coincience avoidance will not support nor justify prejudicial delay, ethical violations,prosecutorial misconduct Malicious prosecution nor novice prosecution otherwise said nefarious prosecution vitiating defendants rights.

You can verify this with Judge Dearie chamber.

John 8:32 and you shall know the truth and the truth shall set you free

Sent by Outlook for Android


On Fri, Aug 7, 2015 at 11:28 AM -0700, "Orenstein, Karin (USANYE)" <Karin.Orenstein@usdoj.gov> wrote:

Please see attached correspondence.


**KARIN ORENSTEIN**

Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York  11201
Phone: (718) 254-6188
Fax: (718) 254-7489