d ¢f



**Pretrial reply**
Alex Kapolchok
to:
ellen_mulqueen@nyed.uscourts.gov, Orenstein, Karin (USANYE)
08/12/2015 05:36 PM
Hide Details
From: Alex Kapolchok <Alex@kapolchoklawservices.com>
To: "ellen_mulqueen@nyed.uscourts.gov" <ellen_mulqueen@nyed.uscourts.gov>,
"Orenstein, Karin (USANYE)" <karin.orenstein@usdoj.gov>,
History: This message has been forwarded.

CV 14-2693 (RJD)

As a reply to ticket entry, I will rephrase my statement which have clearly been distorted.

I advised the request from the Government was dismissed in other words: interlocutory sale denied.

I never stated the case was dismissed however it will be in Jesus name for this is an illegal forfeiture.

As far as litigation goes I will be using full extent of the law I have a thorough ongoing investigation.

Drama and exagageration statement:
Are not impartial rather subjective it is my understanding that per the judicial duties a judge is required to be impartial which I am entitled to by law.

Once the motion is filed per court record a reply will be provided.

If the court wants a motion filed per rule 12 it will be provided shortly within the timeframe available within my busy preaching schedule.

Doris Henriette Yembe
Proud follower of Jesus

Sent by Outlook for Android