

Pre-Trial Filings before Sep 2 2015-TO BE FILED IMMEDIATELY
Alex Kapolchok
to:
ellen_mulqueen(
08/27/2015 07:18 PM
Cc:
"karin.orenstein@usdoj.gov", "trinity3investigations@gmail.com"
Hide Details
From: Alex Kapolchok <Alex@kapolchoklawservices.com>

History: This message has been forwarded.

2 Attachments

doris.directory.pdf   Ordination-Credential-doris.jpg

This is Addressed to Judge Dearie,

As stated on records of our last hearing via tele-conference which occurred on August 6 2015, I am a full time Missionary and Ordained Minister and Pastor therefore , I do no spend 24/7 working on a dismissed case whch is unlawfully continued for cause of prejudicial delay, conscience avoidance , malpractice, malicious prosecution, ethical violation, despotism and numerous violation of the rule 3.8 per the ABA Model.

I m busy doing God's work, baptisms, marriages, supporting and encouraging people, praying, preaching teaching the bible, forming disciples and keeping people from going to hell because of their unbelief, hatred, idolatry , lies , theft ,immorality , condemnation and severe evil disobedience to say the least.

The said and requested document will be submitted on September 1st which is before September 2nd 015, s I need to completely ministry duty which supersede and have priority over Legal matters.

Its bad enough I am totally traumatized by the excessive force, false arrest and imprisonment,sexual abuse suffered during this incarceration, corruption and lawyers stealing from me, I am not going to spend my days working on the very thing that hurt my souls, destroyed my life and my families life.

Instead of using my own legitimately earned funds to pay for therapy to heal from this, I need to work hard and create deeper mental and emotional scars therefore, I will be submitted when it will.

God is never early, never late, rather always,on time and so says,the Bible, as a Christian I operate with the same mentality.

Regards.

Pastor Doris Henriette Yembe

**KAPOLCHOK LEGAL SERVICES**
Alexander Kaplochok, B.A Criminal Justice/Psychology
Case Manager & Legal Analyst
Fundraising Director (International Campaign)
369 B 3rd Street, San Rafael, CA, 94901
Phone: 415-583-6558    Fax: 415-223-9025

**JOHN 8:32** And You shall know the truth and the truth
shall set you free