Doris Henriette Yembe

Pro Se

## Notice to Plaintiff Pursuant to Rule G (8)(B)(i)(ii)

CASE 1:14-2683 (RJD) EDNY)

This is a notice of upcoming filing a Motion to Dismiss the Action under Rule 12 (b) governed by rule G (2) pending final ruling of motion to recuse justice for prejudice presented in Affidavit and said motion please refer to said document submitted on September 1 2015.

Doris Henriette Yembe