```
 1                        UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF NEW YORK
 2

 3   ------------------------------X
                                    :
 4   UNITED STATES OF AMERICA,      :
                                    :   14-MJ-403 (RML)
 5              v.                  :
                                    :   October 21, 2014
 6   DORIS HENRIETTE YEMBE,         :   Brooklyn, New York
                                    :
 7                   Defendant.     :
                                    :
 8   ------------------------------X

 9
         TRANSCRIPT OF CRIMINAL CAUSE FOR BAIL/EXCLUDABLE DELAY
10             BEFORE THE HONORABLE RAMON E. REYES, JR.
                    UNITED STATES MAGISTRATE JUDGE
11

12   APPEARANCES:

13
     For the Government:        UNITED STATES ATTORNEY
14                              BY: JUSTIN LERER, ESQ.
                                ASSISTANT U.S. ATTORNEY
15

16

17   For the Defendant:         LESLIE JONES THOMAS, ESQ.

18

19

20

21   Court Transcriber:         SHARI RIEMER, CET-805
                                TypeWrite Word Processing Service
22                              211 N. Milton Road
                                Saratoga Springs, New York 12866
23

24

25


     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

                                                                18

1              THE DEFENDANT: No.
2              THE COURT: I'll sign the order of excludable delay
3    finding that it's in the interest of justice, the public and
4    Ms. Yembe as well.
5              MR. LERER: Your Honor, can I just put one other
6    matter on the record?  Today we excluded time on the criminal
7    case.  There's a civil forfeiture case that is ongoing and I
8    wanted to just note on the record that certain properties,
9    both real and physical, are being forfeited and the defendant
10   has not filed a claim and the time to file that claim has
11   expired.  I'm just putting that on the record.
12             THE COURT: When did it expire?
13             MR. LERER: Quite a while ago.  I've also informed
14   the defendant in person of that.  I think she may be objecting
15   to that.  It's not -- I know it's not that this matter.  I'm
16   just putting it on the record.
17             THE COURT: I'm not sure why it needs to be put on
18   the record because it is a civil case.  It's not before me.
19             THE DEFENDANT: I have to make [inaudible] that I
20   received it.
21             MS. JONES THOMAS: But this is a criminal forum.  The
22   judge is not deciding --
23             THE COURT: Who is assigned to that case?
24             MR. LERER: Ms. Orenstein, Your Honor.  Which judge I
25   don't know.