

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:KKO
F. #2014V00817

271 Cadman Plaza East
Brooklyn, New York 11201

August 7, 2015

By E-mail

Doris Henriette Yembe
c/o Alex Kapolchok
Alexander Kapolchok Law Services
P. O. Box 610155
Bayside, New York 11361-0155
Email: alex@kapolchoklawservices.com

       Re:    United States v. The Proprietary Lease For And Any Other Interest Held By Doris Henriette Yembe In The Real Property And Premises Located At 2840 South Ocean Boulevard, Apartment 209 And Parking Space 166, Palm Beach, Florida 33480
            Civil Action No. 14-2693 (RJD) (E.D.N.Y. )

Dear Ms. Yembe:

      As set forth in the notice letter you received in connection with the above-captioned civil action, Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supp. Rules") requires that 21 days after filing a claim you must serve and file an answer or a motion for relief under Rule 12 of the Federal Rules of Civil Procedure.  On March 13, 2015, I received your claim to the defendant *in rem* through your former counsel, Deborah Coulson.  As I did not subsequently receive an answer or a motion under Rule 12, you are currently in default of this requirement.

      You may request permission from the Court to file an answer or motion forthwith despite the passage of the deadline in Rule G.  Without filing an answer we will not be able to proceed to discovery or adjudicate this case.

      Please be advised that your answer must meet the requirements of the Federal Rules of Civil Procedure 10(b) which requires, in part, that:

          A party must state its claims or defenses in numbered paragraphs,
          each limited as far as practicable to a single set of circumstances.

In other words, the answer must set forth responses to the allegations in the Amended Verified Complaint *In Rem* paragraph by paragraph so that the government is on notice of your position as to each of the allegations.

   Your answer or motion must be filed with the court and a copy must be served on the undersigned Assistant United States Attorney.  You may serve the government by email, but please clearly mark your document with the appropriate document title.

            Very truly yours,

            KELLY T. CURRIE
            Acting United States Attorney

    By:  /s/
       Karin Orenstein
       Assistant U.S. Attorney
       (718) 254-6188