SLR:BDM:KKO
F. #2014V00817

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,

                Plaintiff,

            -against-

THE PROPRIETARY LEASE FOR AND ANY OTHER
INTEREST HELD BY DORIS HENRIETTE YEMBE IN
THE REAL PROPERTY AND PREMISES LOCATED
AT 2840 SOUTH OCEAN BOULEVARD,
APARTMENT NO. 209 AND PARKING SPACE NO.
166, PALM BEACH, FLORIDA 33480,

                Defendant in rem.

– – – – – – – – – – – – – – – – – – –X

Civil Action No. 14-2693

(Dearie, J.)
(Reyes, M.J.)

## PLAINTIFF'S STATEMENT OF
## COMPLIANCE WITH LOCAL CIVIL RULE 7.2

      Pursuant to Local Civil Rule 7.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff the United States, is providing to Pro Se Claimant Doris Henriette Yembe ("Yembe") the attached electronic copies of decisions cited in the Plaintiff's motion to strike Yembe's claim in the above-captioned civil forfeiture action that are unreported or reported exclusively on computerized databases:

      1.    *United States v. $417,143.48*, No. 13-CV-5567 (MKB)
               2015 WL 51781218 (E.D.N.Y. Sept. 2, 2015)

    2.    *United States v. Any and All Funds on Deposit in Bank of America Account no. 004836378025*, No. 14-CV-1928
2015 WL 5173044 (S.D.N.Y. Sept. 3, 2015)

    3.    *United States v. 479 Tamarind Drive, Hallendale, Fla.*, No. 98-CV-2279
2011 WL 1045095 (S.D.N.Y. Mar. 11, 2011)

    4.    *United States v. $10,160*, No. 3:11-cv-1612
2012 WL 3608578 (D. Conn. Aug. 22, 2012)

    5.    *United States v. $541,395.06*, No. 10-CV-6555,
2012 WL 3614294 (W.D.N.Y. Aug. 21, 2012)

Dated: Brooklyn, New York
        October 2, 2015

                KELLY T. CURRIE
                UNITED STATES ATTORNEY
                Eastern District of New York
                271 Cadman Plaza East, 7th Floor
                Brooklyn, New York 11201

        By:    */s/*
                Karin Orenstein
                Assistant United States Attorney
                (718) 254-7036
                Karin.Orenstein@usdoj.gov

To:    Doris Henriette Yembe, *pro se*
        (via email with attachments)

Cc:    Clerk of Court (RJD)
        (via ECF, without attachments)