

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:KKO
F. #2014V00817

271 Cadman Plaza East
Brooklyn, New York 11201

October 2, 2015

By E-mail and ECF

Doris Henriette Yembe
Email: alex@kapolchoklawservices.com

    Re: *United States v. The Proprietary Lease For And Any Other Interest Held By Doris Henriette Yembe In The Real Property And Premises Located At 2840 South Ocean Boulevard, Apartment 209 And Parking Space 166, Palm Beach, Florida 33480*
      Civil Action No. 14-2693 (RJD) (E.D.N.Y. )

Dear Ms. Yembe:

  Enclosed please find (1) the government's motion to strike your claim in the above-captioned matter, and (2) a statement pursuant to Local Rule 7.2, attaching copies of five cases cited in the government's motion that are unpublished or reported exclusively on computerized databases.

  Per Judge Dearie's September 10, 2015 order, your written response to the government's motion should be sent to Judge Dearie, with a copy to me, by October 23, 2015. If you need more time to file your response, you must write to Judge Dearie to request it.

  This office cannot provide any legal advice to you. If you have questions about court procedures, you may call the *Pro Se* Clerk's Office of the United States District

Court at (718) 613-2665.  However, the *Pro Se* Clerk's Office cannot provide you with any legal advice.

                    Very truly yours,

                    KELLY T. CURRIE
                    Acting United States Attorney

By:   /s/_____
        Karin Orenstein
        Assistant U.S. Attorney
        (718) 254-6188
        Karin.Orenstein@usdoj.gov

Enclosures