

PART 1- AUDIO RECORDING EVIDENCE JULY 9 2015
Alex Kapolchok
to:
ellen_mulqueen@nyed.uscourts.gov
10/30/2015 12:23 PM
Cc:
"Orenstein, Karin (USANYE)"
Hide Details
From: Alex Kapolchok <Alex@kapolchoklawservices.com>
To: "ellen_mulqueen@nyed.uscourts.gov" <ellen_mulqueen@nyed.uscourts.gov>,
Cc: "Orenstein, Karin (USANYE)" <Karin.Orenstein@usdoj.gov>
Security:
To ensure privacy, images from remote sites were prevented from downloading. Show Images
History: This message has been forwarded.

3 Attachments



feds threath july 9 strike 2.3gp   maryane voicemail busted.3gp   richard busted strike 1.3gp

SEE ATTACHED

**KAPOLCHOK LEGAL SERVICES**
Alexander Kaplochok
B.A Criminal Justice/Psychology
Case Manager & Legal Analyst

Phone: 850-745-GOD5(4635)

**JOHN 8:32** And You shall know the truth and the truth
              shall set you free

---

**From:** Pastor D **Sent:** Wednesday, October 28, 2015 7:56 AM
**To:** Alex Kapolchok
**Subject:** Fwd: Feds busted july 9

**THE MINISTRY OF JUSTICE**

- **Legal Strategy;**
- **Case Management;**
- **Investigative Journalism;**
- **Ministerial Services;**
- **Treasury.**



## *Pastor D,* Public Relations, International Press & Media (Spokesperson)

**LUKE 8:17** For nothing is hidden that will not become evident, nor anything secret that will not be known and come to light.