

PART 2: EXHIBIT 2
Alex Kapolchok
to:
ellen_mulqueen@nyed.uscourts.gov
10/30/2015 12:21 PM
Cc:
"Orenstein, Karin (USANYE)"
Hide Details
From: Alex Kapolchok <Alex@kapolchoklawservices.com>
To: "ellen_mulqueen@nyed.uscourts.gov" <ellen_mulqueen@nyed.uscourts.gov>,
Cc: "Orenstein, Karin (USANYE)" <Karin.Orenstein@usdoj.gov>
Security:
To ensure privacy, images from remote sites were prevented from downloading. Show Images
History: This message has been forwarded.

4 Attachments


Exhibit 2.jpg   Transcript evidence.jpg   CAFRA homeland Security Evidence.jpg   cafra evidence 2.jpg

See Attached

**KAPOLCHOK LEGAL SERVICES**
Alexander Kaplochok
B.A Criminal Justice/Psychology
Case Manager & Legal Analyst

Phone: 850-745-GOD5(4635)

**JOHN 8:32** And You shall know the truth and the truth
         shall set you free

---

**From:** Pastor D <trinitygodsuccess2223@gmail.com>
**Sent:** Thursday, October 29, 2015 1:18 AM
**To:** Alex Kapolchok
**Subject:** Fwd: EXHIBIT 2

## THE MINISTRY OF JUSTICE

- # Legal Strategy;
- # Case Management;
- # Investigative Journalism;
- # Ministerial Services;

- Treasury.



### *Pastor D,* Public Relations, International Press & Media (Spokesperson)

Political, Legal & International News Anchor
Phone: 347-771-8147
*https://twitter.com/pastor_d_paris*

**LUKE 8:17** For nothing is hidden that will not become evident, nor anything secret that will not be known and come to light.

---------- Forwarded message ----------
From: **Pastor D**

### THE MINISTRY OF JUSTICE

- Legal Strategy;

- Case Management;
- Investigative Journalism;
- Ministerial Services;
- Treasury.



*Pastor D,* Public Relations, International Press & Media (Spokesperson)

Political, Legal & International News Anchor
Phone: <u>347-771-8147</u>
<u>*https://twitter.com/pastor_d_paris*</u>

**LUKE 8:17** For nothing is hidden that will not become evident, nor anything secret that will not be known and come to light.

# -EXHIBIT 2-

**DATA**

Christopher L. Nasson
Justin David Lerer
Karen Oreinstein

Documentary Evidence of Malicious Prosecution
Lies on official court records and transcript

```
                                                      18
 1            THE DEFENDANT: No.
 2            THE COURT: I'll sign the order of excludable delay
 3   finding that it's in the interest of justice, the public and
 4   Ms. Yembe as well.
 5            MR. LERER: Your Honor, can I just put one other
 6   matter on the record? Today we excluded time on the criminal
 7   case. There's a civil forfeiture case that is ongoing and I
 8   wanted to just note on the record that certain properties,
 9   both real and physical, are being forfeited and the defendant
10   has not filed a claim and the time to file that claim has
11   expired. I'm just putting that on the record.
12            THE COURT: When did it expire?
13            MR. LERER: Quite a while ago. I've also informed
14   the defendant in person of that. I think she may be objecting
15   to that. It's not -- I know it's not that this matter. I'm
16   just putting it on the record.
17            THE COURT: I'm not sure why it needs to be put on
18   the record because it is a civil case. It's not before me.
19            THE DEFENDANT: I have to make [inaudible] that I
20   received it.
21            MS. JONES THOMAS: But this is a criminal forum. The
22   judge is not deciding --
23            THE COURT: Who is assigned to that case?
24            MR. LERER: Ms. Orenstein, Your Honor. Which judge I
25   don't know.
```

Proffer (14)

Lie by AUSA Lerer under oath on records.

```
                                                      19
 1            THE COURT: Okay.
 2            MR. LERER: I'm sorry. I apologize.
 3            THE DEFENDANT: Can I address the matter?
 4            THE COURT: It really is not -- you can address the
 5   matter, yes. You can but not here. I don't have jurisdiction
 6   over that case right now. It's a civil case, a separate
 7   proceeding in front of another set of judges and you can write
 8   that judge a letter. You can do whatever it is you want to
 9   preserve your rights there. I have no authority over it. I'm
10   sorry. So making -- even Mr. Lerer's statement was
11   unnecessary because that's not why we're here.
12            MS. JONES THOMAS: That's correct, Your Honor.
13            THE COURT: So let's leave it at that. Anything
14   else?
15            MS. JONES THOMAS: No, sir.
16            THE COURT: Thank you very much.
17   (Proceedings concluded at 3:34 p.m.)
18                      * * * * *
```

*[handwritten annotation: legal advisor / Former prosecutor]*

LARUSSO & CONWAY, LLP
ATTORNEYS AT LAW
300 OLD COUNTRY ROAD
SUITE 341
MINEOLA, NEW YORK 11501
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

November 18, 2014

Maryann Appel
Acting Director
Fines, Penalties & Forfeitures
U.S. Customs and Border Patrol
JFK Airport
Building 77
Jamaica, New York 11430

Attention: Maurice E. McElligott

　　　Re: Doris Henriette Yembe
　　　　　Case No. 2014-4701-900001-01

Dear Ms. Appel:

　　Enclosed is a letter from Doris Henriette Yembe and her "Seized Asset Claim Form" which she asked that we forward to you on her behalf. We are not representing her at this time, but are sending the documents as a curtesy. Ms. Yembe is presently incarcerated at the Metropolitan Detention Center, a federal prison located in Brooklyn, New York.

　　If you have need to correspond with Ms. Yembe, her present address is:

　　　　Doris H. Yembe
　　　　Inmate No. 05176-053
　　　　Metropolitan Detention Center
　　　　P.O. Box 329002
　　　　Brooklyn, New York 11231.

　　　　　　　　Yours truly,
　　　　　　　　*[signature]*
　　　　　　　　Robert P. LaRusso

---

*[handwritten annotation: Homeland document Received]*

**Agreement to Waive Rights Under the Civil Assert Forfeiture Reform Act ("CAFRA"), 18 U.S.C. §983**

**ADMINISTRATIVE PETITION CASE**

Customs and Border Protection Seizure Number: 2014-4701-900001-01

I, Doris Henriette Yembe, hereby agree to extend the time period for the government to respond to my petition in an administrative forfeiture action, submitted to Customs and Border Protection pursuant to the provisions of 19 C.F.R. § 171 for 180 days due to an ongoing related criminal investigation and/or proceeding. I agree that the applicable deadlines, including but not limited to the time period for the government to respond to my administrative petition and all CAFRA deadlines, will begin to run again at the conclusion of the time period specified above or at such time as a currently pending criminal prosecution of the matter is concluded by a final disposition. *[handwritten: including • Porsche Boxter 2014 • Porsche Cayenne Sp.t 2014 • 2840 S ocean Boulevard, Palm beach • Parking spot 209]*

| CLAIMANT: | CUSTOMS AND BORDER PROTECTION: |
|---|---|
| Print Name: Doris Henriette Yembe | Name: *[handwritten: •11 items (damage collected)]* |
| Signature: *[signature]* | Signature: |
| Address: HDI Brooklyn | Title: *[stamp: JFK-FPF 14SEP 2014]* |
| P.O. Box 329002, Brooklyn NY 11232 | *[handwritten: Homeland document received]* |
| Date: Aug 19 2014 | Date: *[signature] CSW* |
| Subscribed before me this _____ day of _____ | Authorized by the Act of July 7, 1955 to Administer Oaths 18 USC 4004 |
| Notary Public (print name): | MDC Brooklyn |
| Notary Public (signature): | 80 29th Street |
| My Commission expires: | Brooklyn, NY 11232 |

*[handwritten: Notarized by MDC]*

# CAFRA ELECTION OF PROCEEDINGS

**NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. <u>THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP).</u>**

I understand that property in which I have an interest has been seized by CBP under Case No. 2014-4701-700001-01 Doris Henrietta Yeboah

Check ONLY ONE (1) of the following choices:

**1. ✓ I REQUEST THAT CBP CONSIDER MY <u>PETITION</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. 983(a)(2)(B) is 60 days from the date of the petition decision, or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete claim and request for judicial proceedings (<u>see</u> option 4, below), CBP consideration of my petition will stop and the case will be sent for judicial forfeiture proceedings.

**2. ___ I REQUEST THAT CBP CONSIDER MY <u>OFFER IN COMPROMISE</u> ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete claim and request for judicial proceedings (<u>see</u> option 4, below), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

**3. ___ I <u>ABANDON</u> ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY.** I understand that no additional notice about future proceedings concerning the property will be provided to me.

**4. ___ I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR <u>COURT ACTION</u>.** Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a SEIZED ASSET CLAIM FORM. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. 983(a)(2)(C), CBP will treat my submission as a petition for relief under option 1, described above.

Homeland document received

Doris Henrietta Yeboah         June 8th 2014
Name (Print)                   Date

Signature

(Revised 06/26/2012)