

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:KKO  
F. #2015V01814

271 Cadman Plaza East  
Brooklyn, New York 11201

November 5, 2015

<u>By ECF</u>  
Honorable Raymond J. Dearie  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

> Re: *United States v. The Proprietary Lease For And Any Other Interest Held By Doris Henriette Yembe In The Real Property And Premises Located At 2840 South Ocean Boulevard, Apartment No. 209 And Parking Space No. 166, Palm Beach, Florida 33480*
> <u>Civil Action: CV-14-2693 (Dearie, J.) (Reyes, M.J.)</u>

Dear Judge Dearie:

      The government writes to respectfully request an extension of one week, from November 6, 2015 to November 13, 2015, to respond to Doris Henriette Yembe's response to the government's motion to strike her claim.  Pursuant to the Order filed on October 15, 2015 (the "Order"), the government's responsive filing is due on November 6, 2015.  This request is made to provide the government with adequate time to review and respond to Ms. Yembe's filing.  This is the government's first request for an extension.  The government has not conferred with Ms. Yembe, who is proceeding *pro se*.

      Thank you for You Honor's consideration of this request.

Respectfully submitted,

ROBERT L. CAPERS  
United States Attorney

By:  /s/  
Karin Orenstein  
Assistant U.S. Attorney  
(718) 254-6188