

Case 1:14-cv-02693-RJD United States of America -Rev.Doris YEMBE NEW CONTACT INFORMATION
case dismissed
to:
ellen_mulqueen@nyed.uscourts.gov, Karin.Orenstein@usdoj.gov, case.dismissed@yahoo.fr
11/18/2015 10:28 PM
Hide Details
From: case dismissed <case.dismissed@yahoo.fr>
To: "ellen_mulqueen@nyed.uscourts.gov" <ellen_mulqueen@nyed.uscourts.gov>, "Karin.Orenstein@usdoj.gov" <Karin.Orenstein@usdoj.gov>, "case.dismissed@yahoo.fr" <case.dismissed@yahoo.fr>,
Please respond to case dismissed <case.dismissed@yahoo.fr>
History: This message has been forwarded.

1 Attachment


New Contact Information.pdf

Dear Mrs..Mulqueen, as advised today, the e-mail address

alex@kapolchoklawservices.com is being disconnected and will no longer be valid, and must be removed from any contact form for it will no longer
be legal to use such invalid address.

As in order to further proceed it is required by law that communication shall be done via means of valid contact information
see attached for your reference.

The only e-mail on file to be used is the following

case.dismissed@yahoo.fr

I will be appearing via phone on the 10th you have my phone number on records to contact me or refer to attached document.

Regards.



**Rev. Doris Henriette Yembe**
Tél. > 347-771-8147
Email > case.dismissed@yahoo.fr

*A free Spirit, preaching peace, truth and change*

# NEW CONTACT INFORMATION FILE



## UPDATE ON FILE

> REV.DORIS HENRIETTE YEMBE > *PRO SE*

- The New E-mail address is : case.dismissed@yahoo.fr
- Hearings appearance By Phone only via 347-771-8147
- Mailing Address 2840 S Ocean blvd unit 209, Palm Beach, FL 33480



## HEARINGS

DÉBUT – FIN > I AM A CANADIAN CITIZEN, I OWE NOTHING TO THE UNITED STATES
I HAVE A PENING IMMIGRATION MATTER TO RESOLVE AND HAVE NO OBLIGATION TO BE IN THE UNITED STATES DUE TO TRAUMA CAUSED BY ILLEGAL INCARCERATION I AM LEGALLY ENTITLED TO RESIDE IN A SAFE ZONE AND HAVE NO OBLIGATION TO DISCLOSE SUCH LOCATION.



## OCCUPATION

PASTOR>
FULL TIME PREACHING AND HUMANITARIAN WORK

ARTIST>
CONFIDENTIAL



## INTEREST

TRUTH
JUSTICE
FREEDOM