BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE

DATE: **DECEMBER 10, 2015**
*Time in Court:* ___10 minutes ___15 minutes ___20 minutes _X_ 30 minutes

CIVIL CAUSE FOR ORAL ARGUMENT

**CASE:** **USA -v- REAL PROPERTY & PREMISES**

**DOCKET NUMBER: CV 14-2693 (RJD)**

COUNSEL FOR PLAINTIFF: AUSA KARIN ORENSTEIN

COUNSEL FOR DEFENDANT: DORIS YEMBE, PRO SE

COURTREPORTER: *SHERRY BRYANT*

X    CASE CALLED FOR ORAL ARGUMENT, RE: DEFENDANT'S MOTION
TO DISMISS.
DORIS YEMBE, PRO SE, APPEARS TELEPHONICALLY.
ARGUMENT HEARD.
MOTION DENIED.